THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISRAEL PACHECO, Appellant.—Motion for resettlement granted insofar as to add at the end of the order of this court entered on May 9, 1978 [63 AD2d 585] and to add at the end of the first full paragraph of the memorandum decision of this court filed therewith, the words "on the law". Concur—Birns, J. P.,

Evans, Lane and Sandler, JJ.; Silverman, J., dissents and would deny the motion.